UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

|  |  |
|---|---|
| Fred Lupfer,<br><br>            Plaintiff,<br>  v.<br><br>Commerical Recovery Systems, Inc.,<br><br>            Defendant. | :<br>:<br>:<br>:<br>:  Civil Action No.:   6:10-cv-00336<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to F_ED_. C_IV_. P. 41(a) within 30 days.

Dated: August 15, 2011

                                        Respectfully submitted,
                                        By:   __/s/ Diana P. Larson_____
                                        Diana P. Larson
                                        Texas Bar No. 24007799
                                        The Larson Law Office, PLLC
                                        440 Louisiana, Suite 900
                                        Houston, Texas  77002
                                        Telephone:  (713) 221-9088
                                        Facsimile:  (832) 415-9762
                                        Email:  diana@thelarsonlawoffice.com

                                        <u>Of Counsel To:</u>
                                        LEMBERG & ASSOCIATES L.L.C.
                                        A Connecticut Law Firm
                                        1100 Summer Street, 3rd Floor
                                        Stamford, CT 06905
                                        Telephone: (203) 653-2250
                                        Facsimile:  (877) 795-3666
                                        ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

      I hereby certify that on August 15, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                    By ___/s/ Diana P. Larson_____

                                             Diana P. Larson